UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL DOE, a minor, by and through his Guardians JOHN DOE and JANE DOE; MARY SMITH; JACK JONES, a minor, by and through his Parents JOHN JONES and JANE JONES; and MACY ROE<br><br>Plaintiffs,<br><br>vs.<br><br>BOYERTOWN AREA SCHOOL DISTRICT; DR. RICHARD FAIDLEY, in his official capacity as Superintendent of the Boyertown Area School District; DR. BRETT COOPER, in his official capacity as Principal; and DR. E. WAYNE FOLEY, in his official capacity as Assistant Principal.<br><br>Defendants. | Case No. 17-1249-EGS<br><br>JOEL DOE DECLARATION IN SUPPORT OF PRELIMINARY INJUNCTION<br><br>**JURY TRIAL REQUESTED** |

## JOEL DOE DECLARATION IN SUPPORT OF PRELIMINARY INJUNCTION

I, "JOEL DOE", hereby declare the following:

1. I am currently a Junior at Boyertown Area High School.

2. As a result of the stress and anxiety caused by Defendant's actions and the new policy, I may not return to the Boyertown Area School District for my senior year.

3. I would continue going to school at Boyertown Area High School were it not for the District's actions infringing on my right to use boys' restrooms and boys' locker rooms outside of the presence of members of the opposite sex.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 16th, 2017.

_____
(redacted), under the pseudonym Joel Doe

_____
(redacted), under the pseudonym Jane Doe