UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL DOE, a minor; by and through his Guardians JOHN DOE and JANE DOE; MARY SMITH; JACK JONES, a minor; by and through his Parents JOHN JONES and JANE JONES; and MACY ROE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOYERTOWN AREA SCHOOL DISTRICT; DR. RICHARD FAIDLEY, in his official capacity as Superintendent of the Boyertown Area School District; DR. BRETT COOPER, in his official capacity as Principal; and DR. E. WAYNE FOLEY, in his official capacity as Assistant Principal,<br><br>Defendants. | **Case No. 17-1249-EGS**<br><br>**The Honorable Edward G. Smith**<br><br>**ORDER** |

## ORDER

**AND NOW**, this ___ day of _____, 2017, upon consideration of Plaintiffs' Motion for Preliminary Injunction, it is hereby ORDERED and DECREED that Defendants are enjoined from opening the Boyertown Area School District multi-user locker rooms, showers, and restrooms to persons of the opposite biological sex.

This Order shall remain in full force and effect until such time as modified or vacated by this Court.

BY THE COURT:

_____
Edward G. Smith, J.