

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS, REGION XV

1350 EUCLID AVENUE, SUITE 325
CLEVELAND, OH 44115

REGION XV
MICHIGAN
OHIO

June 14, 2017

**Via Regular U.S. Mail and E-Mail to Andrew@rwblawoffice.com**

Andrew J. Burton, Esq.
Renwick, Welsh & Burton, LLC
9 N. Mulberry Street
Mansfield, Ohio 44902

Re: OCR Docket #15-14-1076

Dear Mr. Burton:

The U.S. Department of Education's Office for Civil Rights (OCR) received the above-referenced complaint against the Highland Local Schools (the District). OCR investigated whether 1) the District discriminated against a student (the Student) on the basis of sex, by requiring the Student to use a gender-neutral restroom and denying the Student access to restrooms consistent with the Student's gender identity and 2) the District appropriately responded to alleged harassment of the Student based on the Student's gender identity. On June 10, 2016, the District filed a lawsuit in U.S. District Court, Southern District of Ohio, Eastern Division, Case No. 16-524, against the Department of Education and the Department of Justice regarding this matter.

After reviewing this matter, OCR is withdrawing the Letter of Findings issued on June 28, 2016, and closing the case.

This letter sets forth OCR's conclusions in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public.

If you or the District has any questions about this matter, please do not hesitate to contact me at Meena.Morey.Chandra@ed.gov or (216) 522-2677.

Sincerely,

Meena Morey Chandra
Regional Director