# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL DOE, a minor; by and through his Guardians JOHN DOE and JANE DOE; MARY SMITH; JACK JONES, a minor; by and through his Parents JOHN JONES and JANE JONES; and MACY ROE,<br><br>Plaintiffs,<br><br>vs.<br><br>BOYERTOWN AREA SCHOOL DISTRICT; DR. RICHARD FAIDLEY, in his official capacity as Superintendent of the Boyertown Area School District; DR. BRETT COOPER, in his official capacity as Principal; and DR. E. WAYNE FOLEY, in his official capacity as Assistant Principal.<br><br>Defendants. | **Case No. 17-1249-EGS**<br><br>**ORDER** |

# ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiffs' Motion to Strike Exhibit 1 to Defendants' Second Set of Proposed Findings of Fact and Conclusions of Law Regarding Plaintiffs' Motion for Preliminary Injunction, and Defendants' response thereto, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED.**

.

_____