IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOEL DOE, a minor, by and through his Guardians
JOHN DOE and JANE DOE; MARY SMITH;
JACK JONES, a minor, by and through his parents
JOHN JONES and JANE JONES; and MACY ROE;

    Plaintiffs,

v.

BOYERTOWN AREA SCHOOL DISTRICT;
DR. RICHARD FAIDLEY; DR. BRETT COOPER
and DR. E. WAYNE FOLEY,

    Defendants.

No. 17-cv-1249-EGS

## DECLARATION OF KELLY GONZALEZ

I, Kelly Gonzalez, do hereby depose and say:

1. I am an individual over the age of 18 years.

2. I am currently employed by the Levin Legal Group in Huntingdon Valley, Pennsylvania.

3. In July 2017, I was asked to locate and print school board policies of Pennsylvania public school districts referencing transgender students or gender identity.

4. I began the task by going online to the BoardDocs web site (*available at* www.boarddocs.com), which provides document management systems for many Pennsylvania public school districts, and allows users to search public documents hosted on the site.

1

5. I used the BoardDocs web site to search for Pennsylvania school board policies and/or administrative regulations mentioning the terms "transgender," "gender identity," or "gender expansive."

6. The search provided results from 41 Pennsylvania public school districts. All of these results are included in Exhibit 1 to the Defendants' Second Set of Proposed Findings of Fact and Conclusions of Law Regarding Plaintiffs' Motion for Preliminary Injunction [hereinafter "Exhibit 1"].

7. I then went online to the web sites of the individual school districts to print the policies identified. Some of the districts host their school board policies on their own web sites, while other link to the BoardDocs web site.

8. In some cases, the policies identified were not available on the individual school districts' web sites. In those instances, I printed the information directly from BoardDocs.

9. Eleven (11) of the policies identified in my searches address the use of restrooms and/or locker rooms by transgender students. *See* Exhibit 1, pp. 004-005 (Abington S.D.), 090 (East Pennsboro S.D.), 114-15 (Lower Merion S.D.), 122 (Marple Newtown S.D.), 142 (New Hope-Solesbury S.D.), 171-72 (Parkway West Career and Technology Center[1]), 187 (Philadelphia S.D.), 200-01 (Pittsburgh S.D.), 212 (Rose Tree Media S.D.), 269-70 (Upper Dublin S.D.), 315-16 (Wissahickon S.D.).

---

[1] Parkway West is a vocational-technical high school and not a public school district.

10. Of the 11 policies identified in Paragraph 9, the following seven districts' policies were printed directly from the school districts' web sites: Abington[2], East Pennsboro[3], Lower Merion[4], Philadelphia[5], Rose Tree Media[6], Upper Dublin[7] and Wissahickon[8].

11. The remaining four policies – for Marple Newtown[9], New Hope-Solebury[10], Parkway West Career and Technology Center[11], and Pittsburgh[12] – were printed directly from the BoardDocs web site.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 16, 2017.

*Kelly González* (signature)
Kelly González

---

[2] *available at* http://www.abington.k12.pa.us/policies/media/sites/policies/CURRICULUM/NONDISCRIMINATION-OF-STUDENTS-IN-CLASSROOM-PRACTICES-GENDER-EXPANSIVE-AND-TRANSGENDER-STUDENTS-SUPERINTENDENTS-ADMINISTRATIVE-PROCEDURE.pdf

[3] *available at* http://www.epasd.org/Page/4206

[4] *available at* https://www.lmsd.org/uploaded/documents/Board/Policies/200/Policy_P259.pdf and https://www.lmsd.org/uploaded/documents/Board/Policies/200/Policy_AR259.pdf

[5] *available at* https://www.philasd.org/src/wp-content/uploads/sites/80/2017/06/252.pdf

[6] *available at* https://www.rtmsd.org/cms/lib/PA01000204/Centricity/Domain/22/15%20-%20253%20Transgender.pdf

[7] The Upper Dublin web site linked to the BoardDocs web site, *available at* http://www.boarddocs.com/pa/udub/Board.nsf/goto?open&id=AGFULM74B845

[8] *available at* https://www.wsdweb.org/uploaded/schools/District/Administration/School_Board/Board_Policies/200/_261_Nondiscrimination_Transgender_and_Gender_Expansive_Students_Policy.pdf

[9] *available at* http://www.boarddocs.com/pa/marp/Board.nsf/Public?open&id=policies# (Policy 248.1).

[10] No known public web site link.

[11] No known public web site link.

[12] *available at* http://www.boarddocs.com/pa/pghboe/Board.nsf/Public#