# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL DOE, a minor; by and through his Guardians JOHN DOE and JANE DOE; MARY SMITH; JACK JONES, a minor; by and through his Parents JOHN JONES and JANE JONES; and MACY ROE, <br><br> Plaintiffs, <br><br> vs. <br><br> BOYERTOWN AREA SCHOOL DISTRICT; DAVID KREM, in his official capacity as Acting Superintendent of the Boyertown Area School District; DR. BRETT COOPER, in his official capacity as Principal; and DR. E. WAYNE FOLEY, in his official capacity as Assistant Principal, <br><br> Defendants, <br><br> And <br><br> PENNSYLVANIA YOUTH CONGRESS FOUNDATION, <br><br> Defendant Intervenor. | **Case No. 17-1249-EGS** <br><br> **The Honorable Edward G. Smith** <br><br> **NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from the August 25, 2017 Order denying Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted this 25th Day of September, 2017.

By: /s/ Randall L. Wenger

| | |
|---|---|
| CATHY R. GORDON, PA 56728* <br> JACOB KRATT, PA 316920 <br> **LITCHFIELD CAVO LLP** <br> 420 Fort Duquesne Blvd., Suite 600 <br> Pittsburgh, PA 15222 <br> 412-291-8246 <br> 412-586-4512 Fax <br> gordonc@litchfieldcavo.com <br> kratt@litchfieldcavo.com | RANDALL L. WENGER, PA 86537 <br> JEREMY L. SAMEK, PA 205060 <br> **INDEPENDENCE LAW CENTER** <br> 23 North Front St. <br> Harrisburg, PA 17101 <br> (717) 657-4990 <br> (717) 545-8107 Fax <br> rwenger@indlawcenter.org <br> jsamek@indlawcenter.org |
| KELLIE FIEDOREK, DC 1015807 FL 74350* <br> CHRISTIANA HOLCOMB, CA 277427* <br> **ALLIANCE DEFENDING FREEDOM** <br> 440 First St. NW, Suite 600 <br> Washington, DC 20001 <br> (202) 393-8690 <br> kfiedorek@ADFlegal.org <br> cholcomb@ADFlegal.org | GARY S. MCCALEB, AZ 018848* <br> **ALLIANCE DEFENDING FREEDOM** <br> 15100 N. 90th St. <br> Scottsdale, AZ 85260 <br> (480) 444-0020 <br> (480) 444-0028 Fax <br> gmccaleb@ADFlegal.org |

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Monday, September 25, 2017, the foregoing was filed electronically and served on the other parties via the court's ECF system.

/s/ Randall L. Wenger
Randall L. Wenger
**INDEPENDENCE LAW CENTER**
23 North Front St.
Harrisburg, PA 17101
rwenger@indlawcenter.org
