UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL DOE, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>BOYERTOWN AREA SCHOOL DISTRICT,<br><br>　　Defendant,<br><br>and<br><br>PENNSYLVANIA YOUTH CONGRESS FOUNDATION,<br><br>　　Defendant Intervenor. | **Case No. 5:17-CV-01249-EGS**<br><br>**The Honorable Edward G. Smith** |

**PLAINTIFFS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF APPEAL IN *BOSTOCK v. CLAYTON COUNTY*, *ALTITUDE EXPRESS, INC. v. ZARDA*, AND *R.G. & G.R HARRIS FUNERAL HOMES v. EEOC***

# MOTION

Plaintiffs respectfully move this Court to stay these proceedings pending the resolution of *Bostock v. Clayton Co.*, cert. granted, 139 S. Ct. 1599 (2019), *Altitude Express, Inc. v. Zarda*, cert. granted, 139 S. Ct. 1599 (2019), and *R.G. & G.R. Harris Funeral Homes v. EEOC*, cert. granted, 139 S. Ct. 1599 (2019). In support of this motion, the Plaintiffs concurrently file their Memorandum of Law.

Respectfully submitted this 17th day of June, 2019.

By: /s/ Randall L. Wenger

CATHY R. GORDON, PA #56728
Litchfield Cavo, LLP
420 Fort Duquesne Blvd., Suite 600
Pittsburgh, PA 15222
(412) 291-8246
(412) 586-4512 fax
gordonc@litchfieldcavo.com

KELLIE FIEDOREK, DC #1015807*
CHRISTIANA HOLCOMB, CA #277427*
Alliance Defending Freedom
440 First St. NW, Suite 600
Washington, DC 20001
(202) 393-8690
kfiedorek@ADFlegal.org
cholcomb@ADFlegal.org

*Admitted *Pro Hac Vice*

RANDALL L. WENGER, PA #86537
JEREMY L. SAMEK, PA #205060
Independence Law Center
23 North Front Street
Harrisburg, PA 17101
(717) 657-4990
(717) 545-8107 fax
jsamek@indlawcenter.org
rwenger@indlawcenter.org

GARY S. MCCALEB, AZ #018848*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 fax
gmccaleb@ADFlegal.org

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF NON-CONCURRENCE

Defendant and Defendant Intervenor do not concur in the Motion to Stay Proceedings.

/s/ Randall L. Wenger
Randall L. Wenger
INDEPENDENCE LAW CENTER
23 North Front St.
Harrisburg, PA 17101
rwenger@indlawcenter.org

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Monday, June 17, 2019, the foregoing was filed electronically and served on the other parties via the court's ECF system.

/s/ Randall L. Wenger
Randall L. Wenger
INDEPENDENCE LAW CENTER
23 North Front St.
Harrisburg, PA 17101
rwenger@indlawcenter.org