UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL DOE, *et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>BOYERTOWN AREA SCHOOL DISTRICT,<br><br>    Defendant,<br><br>and<br><br>PENNSYLVANIA YOUTH CONGRESS FOUNDATION,<br><br>Defendant Intervenor. | Case No. 5:17-CV-01249-EGS<br><br>The Honorable Edward G. Smith |

**ORDER**

AND NOW this ___ day of _____, 2019, it is hereby ORDERED that Plaintiffs' Motion for Stay is GRANTED pending resolution of *Bostock v. Clayton Co.*, *cert. granted*, 139 S. Ct. 1599 (2019), *Altitude Express, Inc. v. Zarda*, *cert. granted*, 139 S. Ct. 1599 (2019), and *R.G. & G.R. Harris Funeral Homes v. EEOC*, *cert. granted*, 139 S. Ct. 1599 (2019).

By the Court:

_____
EDWARD G. SMITH, J.